# United States District Court, Northern District of Illinois



MHN

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 99 C 3696 | **DATE** | 11/10/2008 |
| **CASE TITLE** | Robinson vs. City of Harvey, et al. | | |

**DOCKET ENTRY TEXT**

Enter Order. The Court awards plaintiff's attorneys' fees in the amount of $277,462.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 NOV 10 PM 4:18
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|

99C3696 Robinson vs. City of Harvey, et al.

Page 1 of 1